Barbara Clarke McCurdy (*Not Yet Admitted ProHac Vice*)
barbara.mccurdy@finnegan.com
Naveen Modi (*Not Yet Admitted ProHac Vice*)
naveen.modi@finnegan.com
Srikala P. Atluri (*Not Yet Admitted ProHac Vice*)
srikala.atluri@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
Telephone:     (202) 408-4000
Facsimile:      (202) 408-4400

Tina E. Hulse (CA Bar No. 232936)
tina.hulse@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

Attorneys for Plaintiff
Rambus Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RAMBUS INC.,<br><br>　　　　　　　Defendant. | CASE NO. CV 10-4017 JW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1  Plaintiff International Business Machines Corporation ("IBM") and Defendant Rambus Inc.
2  ("Rambus"), through their respective counsel of record, hereby stipulate, pursuant to Civ. L.R. 6-
3  1(a), that Rambus shall have an additional thirty (30) days, to and including October 29, 2010, to
4  answer or otherwise respond to the Complaint filed September 7, 2010 and served September 8,
5  2010.
6  By her signature below, counsel for Rambus attests that counsel for IBM concurs in the filing
7  of this document.

9  Dated: September 15, 2010         By:     /s/ Tina E. Hulse
                                          Tina E. Hulse (CA Bar No. 232936)
                                          tina.hulse@finnegan.com
                                          FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER, L.L.P.
                                          3300 Hillview Avenue
                                          Palo Alto, California 94304-1203
                                          Telephone:(650) 849-6600
                                          Facsimile: (650) 849-6666

                                          Barbara Clarke McCurdy
                                          (*Not Yet Admitted ProHac Vice*)
                                          barbara.mccurdy@finnegan.com
                                          Naveen Modi
                                          (*Not Yet Admitted ProHac Vice*)
                                          naveen.modi@finnegan.com
                                          Srikala P. Atluri
                                          (*Not Yet Admitted ProHac Vice*)
                                          srikala.atluri@finnegan.com
                                          FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER, L.L.P.
                                          901 New York Avenue, N.W.
                                          Washington, D.C. 20001
                                          Telephone:(202) 408-4000
                                          Facsimile: (202) 408-4400

                                          Attorneys for Plaintiff,
                                          RAMBUS INC.

1  Dated: September 15, 2010        By: ___/s/ Edward A. Kmett_____
2                                        Edward A. Kmett (SBN: 204374)
                                          FITZPATRICK, CELLA, HARPER & SCINTO
3                                        650 Town Center Drive, Suite 1600
                                          Costa Mesa, CA  92626
4                                        Telephone:  (714) 540-8700
                                          Facsimile:  (714) 540-9823
5
                                          Attorney for Defendant,
6                                        INTERNATIONAL BUSINESS MACHINES
                                          CORPORATION
7
8  IT IS SO ORDERED:
9
10 Dated: ____September 21_____, 2010   _____
11                                                  James Ware
                                                     United States District Judge
12

3

**STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT**
Case No. CV 10-4017 EMC

**CERTIFICATE OF SERVICE**

On September 15, 2010, courtesy copies of the following documents were served by the indicated means to Plaintiff at the address listed: **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

| | |
|---|---|
| Anthony M. Zupcic<br>azupcic@fchs.com | ☒   Via Email |
| Robert H. Fischer<br>rfischer@fchs.com | |
| Douglas Sharrott<br>dsharrott@fchs.com | |
| Kenneth R. Adamo<br>kradamo@jonesday.com | |

Plaintiff

*/s/ Tina E. Hulse*
Tina E. Hulse