| | |
|---|---|
| 1 | Barbara Clarke McCurdy (Admitted *Pro Hac Vice*) |
| | barbara.mccurdy@finnegan.com |
| 2 | Naveen Modi (Admitted *Pro Hac Vice*) |
| | naveen.modi@finnegan.com |
| 3 | Srikala P. Atluri (Admitted *Pro Hac Vice*) |
| | srikala.atluri@finnegan.com |
| 4 | FINNEGAN, HENDERSON, FARABOW, |
| |   GARRETT & DUNNER, L.L.P. |
| 5 | 901 New York Avenue, N.W. |
| | Washington, D.C.  20001 |
| 6 | Telephone:     (202) 408-4000 |
| | Facsimile:      (202) 408-4400 |
| 7 | |
| 8 | Tina E. Hulse (CA Bar No. 232936) |
| | tina.hulse@finnegan.com |
| 9 | FINNEGAN, HENDERSON, FARABOW, |
| |   GARRETT & DUNNER, L.L.P. |
| 10 | 3300 Hillview Avenue |
| | Palo Alto, California  94304-1203 |
| 11 | Telephone:     (650) 849-6600 |
| | Facsimile:      (650) 849-6666 |
| 12 | Attorneys for Defendant |
| | Rambus Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | CASE NO. C 10-04017-JSW<br>(Related Case:  C 10-03736-JSW) |
| Plaintiff, | **STIPULATION RE: CASE SCHEDULE;** |
| v. | **SUPPORTING DECLARATION OF TINA E. HULSE;** |
| RAMBUS INC., | |
| Defendant. | [~~PROPOSED~~] ORDER |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff International Business Machines Corporation ("IBM") and Defendant Rambus Inc. ("Rambus"), through their respective counsel of record, respectfully request, and with the Court's permission, stipulate to a four-week extension of the current case schedule to allow the parties to effectively discuss settlement.  More specifically, with the Court's permission, the parties hereby stipulate that the current schedule set forth in the January 18, 2011, Civil Minute Order [Dkt. 38] be modified as follows:

| EVENT | CURRENT SCHEDULE | PROPOSED DATE |
|---|---|---|
| Rambus shall file opening summary judgment motion | June 24, 2011 | July 22, 2011 |
| IBM shall file opposition and cross-motion for summary judgment | July 8, 2011 | August 5, 2011 |
| Rambus shall file reply and opposition to cross-motion for summary judgment | July 22, 2011 | August 19, 2011 |
| IBM shall file reply in support of cross-motion for summary judgment | July 29, 2011 | August 26, 2011 |
| Hearing on Cross-Dispositive Motions | August 26, 2011 | September 23, 2011, or any later date, subject to the convenience of the Court's calendar |

By her signature below, counsel for Defendant attests that counsel for Plaintiff concurs in the filing of this stipulation.

Respectfully submitted,

Dated: April 14, 2011         By:     /s/ Edward A. Kmett
                                      Edward A. Kmett (SBN: 204374)
                                      FITZPATRICK, CELLA, HARPER & SCINTO
                                      650 Town Center Drive, Suite 1600
                                      Costa Mesa, CA 92626
                                      Telephone: (714) 540-8700
                                      Facsimile: (714) 540-9823

                                      Attorneys for Plaintiff,
                                      International Business Machines Corporation

| | |
|---|---|
| Date: April 14, 2011 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
| | By: /s/ Tina E. Hulse |
| | Tina E. Hulse (CA Bar No. 232936) |
| | tina.hulse@finnegan.com |
| | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
| | 3300 Hillview Avenue |
| | Palo Alto, California 94304-1203 |
| | Telephone: (650) 849-6600 |
| | Facsimile: (650) 849-6666 |
| | |
| | Barbara Clarke McCurdy (Admitted *Pro Hac Vice*) |
| | barbara.mccurdy@finnegan.com |
| | Naveen Modi (Admitted *Pro Hac Vice*) |
| | naveen.modi@finnegan.com |
| | Srikala P. Atluri (Admitted *Pro Hac Vice*) |
| | srikala.atluri@finnegan.com |
| | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
| | 901 New York Avenue, N.W. |
| | Washington, D.C. 20001 |
| | Telephone: (202) 408-4000 |
| | Facsimile: (202) 408-4400 |
| | |
| | Attorneys for Defendant, |
| | Rambus Inc. |

## SUPPORTING DECLARATION OF TINA E. HULSE

I, TINA E. HULSE, declare as follows:

1. I am an associate at Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., counsel for Defendant Rambus Inc. ("Rambus").  I submit this declaration in support of the parties' Stipulation Regarding Case Schedule.  I make this declaration of my own personal knowledge and will competently testify thereto if called upon to do so.

2. On January 18, 2011, the Court entered a Civil Minute Order ("Order") [Dkt. 38] following the initial Case Management Conference.  The Order set forth a briefing schedule for cross-motions for summary judgment.  The Order also set the hearing on cross-dispositive motions for August 26, 2011, at 9:00 a.m.

3. The parties, both the respective corporate representatives and outside counsel, have been actively discussing resolution of this case.  Accordingly, the parties have met and conferred and agree that continuing the case schedule for four weeks will facilitate these settlement discussions.

4. There have been no previous time modifications of the case schedule set forth in the Order.  Otherwise, the only time modification in this case was to change the Case Management Conference from December 3, 2010, to January 14, 2011, to coincide with the hearing on Rambus's motion to dismiss.  *See* Dkt. 30.

5. The requested modification in the current case schedule will not affect any other pre-trial deadlines, as the pre-trial schedule has not yet been entered in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and this declaration was executed this 14th day of April, 2011.

                                                        /s/  Tina E. Hulse
                                                          Tina E. Hulse

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 15, 2011

_____
The Honorable Jeffrey S. White
United States District Judge
Northern District of California