1  Edward Kmett (CA Bar No. 204374)
   ekmett@fchs.com
2  FITZPATRICK, CELLA, HARPER & SCINTO
   650 Town Center Drive
3  Suite 1600
   Costa Mesa, CA 92626
4  Telephone:  (714) 540-8700
   Facsimile: (714) 540-9823
5
   Anthony M. Zupcic (*Pro Hac Vice*)
6  azupcic@fchs.com
   Robert H. Fischer (*Pro Hac Vice*)
7  rfischer@fchs.com
   Douglas Sharrott (*Pro Hac Vice*)
8  dsharrott@fchs.com
   FITZPATRICK, CELLA, HARPER & SCINTO
9  1290 Avenue of the Americas
   New York, New York 10112
10 Telephone:  (212) 218-2100
   Facsimile:  (212) 218-2200
11
   Kenneth R. Adamo *(Pro Hac Vice)*
12 kradamo@kirkland.com
   KIRKLAND & ELLIS LLP
13 300 North LaSalle
   Chicago, IL 60654
14 Telephone:  (312) 862-2671
   Facsimile:  (312) 862-2200
15
   Attorneys For Plaintiff
16 International Business Machines Corporation

17                    **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | Case No. C 10-04017 JSW (Related Case: C 10-03736 JSW) |
| Plaintiff, | **STIPULATION RE: CASE SCHEDULE;** |
| v. | |
| RAMBUS, INC., | **SUPPORTING DECLARATION OF ROBERT H. FISCHER** |
| Defendant. | **[PROPOSED] ORDER** |

Pursuant to Rule 6-2 and 7-12 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, Plaintiff International Business Machines Corporation ("IBM") and Defendant Rambus Inc. ("Rambus"), through their respective counsel of record, wish to advise the Court that the parties have reached a settlement in principle, and accordingly respectfully request, and with the Court's permission, stipulate to an additional two-week extension of the current case schedule to allow the parties to prepare the necessary settlement papers. More specifically, with the Court's permission, the parties hereby stipulate that the current schedule set forth in the April 15, 2011, Stipulated Order [Dkt. 44] be modified as follows:

| EVENT | CURRENT SCHEDULE | PROPOSED SCHEDULE |
|---|---|---|
| Rambus files opening summary judgment motion | July 22, 2011 | August 5, 2011 |
| IBM shall file opposition and cross-motion for summary judgment | August 5, 2011 | August 19, 2011 |
| Rambus shall file reply and opposition to cross-motion for summary judgment | August 19, 2011 | September 2, 2011 |
| IBM shall file reply in support of cross-motion for summary judgment | August 26, 2011 | September 9, 2011 |
| Hearing on Cross-Dispositive Motions | September 23, 2011, or any later date subject to the Court's calendar | October 7, 2011, or any later date subject to the Court's calendar |

By his signature below, counsel for Plaintiff attests that counsel for Defendant concurs in the filing of this stipulation.

CV 10-04017 JSW - STIPULATION RE: CASE SCHEDULE; SUPPORTING
DECLARATION OF ROBERT H. FISCHER; [PROPOSED] ORDER

2

Respectfully submitted,

Dated: May 11, 2011.                    /s/ Robert H. Fischer
                                        Robert H. Fischer, *Pro Hac Vice*
                                        Anthony M. Zupcic, *Pro Hac Vice*
                                        Douglas Sharrott, *Pro Hac Vice*
                                        FITZPATRICK, CELLA, HARPER
                                          & SCINTO
                                        1290 Avenue of the Americas
                                        New York, NY 10104-3801
                                        Telephone:  212-218-2291
                                        rfischer@fchs.com
                                        azupcic@fchs.com
                                        dsharrott@fchs.com

                                        Kenneth R. Adamo, *Pro Hac Vice*
                                        kradamo@kirkland.com
                                        KIRKLAND & ELLIS LLP
                                        300 North LaSalle
                                        Chicago, IL 60654
                                        Telephone:  (312) 862-2671
                                        Facsimile:  (312) 862-2200

Dated: May 11, 2011.                    By: /s/ Edward A. Kmett
                                        Edward A. Kmett (SBN:204374)
                                        FITZPATRICK, CELLA, HARPER
                                          & SCINTO
                                        650 Town Center Drive, Suite 1600
                                        Costa Mesa, CA 92626
                                        Telephone:  714-540-8700
                                        Facsimile: 714 540-9823

                                        Attorneys for Plaintiff
                                        IBM Corporation

Date:  May 11, 2011                     FINNEGAN, HENDERSON, FARABOW,
                                          GARRETT & DUNNER, L.L.P.


                                        By:     /s/  Tina E. Hulse
                                        Tina E. Hulse (CA Bar No. 232936)
                                        tina.hulse@finnegan.com

CV 10-04017 JSW - STIPULATION RE: CASE SCHEDULE; SUPPORTING
DECLARATION OF ROBERT H. FISCHER; [PROPOSED] ORDER

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:(650) 849-6600
Facsimile:  (650) 849-6666

Barbara Clarke McCurdy (Admitted *Pro Hac Vice*)
barbara.mccurdy@finnegan.com
Naveen Modi (Admitted *Pro Hac Vice*)
naveen.modi@finnegan.com
Srikala P. Atluri (Admitted *Pro Hac Vice*)
srikala.atluri@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
Telephone:(202) 408-4000
Facsimile:  (202) 408-4400

Attorneys for Defendant,
Rambus Inc.

CV 10-04017 JSW - STIPULATION RE: CASE SCHEDULE; SUPPORTING
DECLARATION OF ROBERT H. FISCHER; [PROPOSED] ORDER

**SUPPORTING DECLARATION OF ROBERT H. FISCHER**

I, ROBERT H. FISCHER, declare as follows:

1. I am a partner in the firm Fitzpatrick, Cella, Harper & Scinto, counsel for Plaintiff International Business Machines Corporation ("IBM"). I submit this declaration in support of the parties' Stipulation Regarding Case Schedule. I make this declaration of my own personal knowledge and will competently testify thereto if called upon to do so.

2. On April 15, 2011, the Court entered a Stipulated Order [Dkt. 44], which sets forth a briefing schedule for cross-motions for summary judgment. The Stipulated Order also sets the hearing on cross-dispositive motions for September 23, 2011, or any later date, subject to the convenience of the Court's calendar.

3. The parties, both the respective corporate representatives and outside counsel, have been actively discussing resolution of this case, and have reached a settlement in principle. Accordingly, the parties have met and conferred and agree that continuing the case schedule for two weeks will facilitate preparation of the necessary settlement papers precedent to resolution of this action.

4. The Court previously granted the Stipulated Order to permit settlement discussions. Otherwise, the only time modification in this case was to change the Case Management Conference from December 3, 2010, to January 14, 2011, to coincide with the hearing on Rambus's motion to dismiss. *See* Dkt. 30.

5. The requested modification in the current case schedule will not affect any other pre-trial deadlines, as the pre-trial schedule has not yet been entered in this case.

CV 10-04017 JSW - STIPULATION RE: CASE SCHEDULE; SUPPORTING
DECLARATION OF ROBERT H. FISCHER; [PROPOSED] ORDER

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct, and this declaration was executed this 11th day of May, 2011.

                /s/ Robert H. Fischer
                Robert H. Fischer

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | |
| 3 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |

Dated: May 12, 2011

_____
The Honorable Jeffrey S. White
United States District Judge
Northern District of California

CV 10-04017 JSW - STIPULATION RE: CASE SCHEDULE; SUPPORTING
DECLARATION OF ROBERT H. FISCHER; [PROPOSED] ORDER