Barbara Clarke McCurdy (Admitted *Pro Hac Vice*)
barbara.mccurdy@finnegan.com
Naveen Modi (Admitted *Pro Hac Vice*)
naveen.modi@finnegan.com
Srikala P. Atluri (Admitted *Pro Hac Vice*)
srikala.atluri@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone:   (202) 408-4000
Facsimile:    (202) 408-4400

Tina E. Hulse (CA Bar No. 232936)
tina.hulse@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666

Attorneys for Defendant
Rambus Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RAMBUS INC.,<br><br>Defendant. | CASE NO. C 10-04017-JSW<br>(Related Case: C 10-03736-JSW)<br><br>**STIPULATION RE: CASE SCHEDULE;**<br><br>**SUPPORTING DECLARATION OF ROBERT H. FISCHER;**<br><br>**[PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff International Business Machines Corporation ("IBM") and Defendant Rambus Inc. ("Rambus"), through their respective counsel of record, respectfully request, and with the Court's permission, stipulate to a four-week extension of the current case schedule to allow the parties further time to finalize the settlement agreement and related papers. More specifically, with the Court's permission, the parties hereby stipulate that the current schedule set forth in the June 1, 2011, Stipulated Order [Dkt. 49] be modified as follows:

| EVENT | CURRENT SCHEDULE | PROPOSED DATE |
|---|---|---|
| Rambus shall file opening summary judgment motion | August 19, 2011 | September 16, 2011 |
| IBM shall file opposition and cross-motion for summary judgment | September 2, 2011 | September 30, 2011 |
| Rambus shall file reply and opposition to cross-motion for summary judgment | September 16, 2011 | October 14, 2011 |
| IBM shall file reply in support of cross-motion for summary judgment | September 23, 2011 | October 21, 2011 |
| Hearing on Cross-Dispositive Motions | October 21, 2011 | ~~November 18, 2011, or any later date, subject to the convenience of the Court's calendar~~ December 2, 2011 |

By his signature below, counsel for Plaintiff attests that counsel for Defendant concurs in the filing of this stipulation.

Respectfully submitted,

Date: June 10, 2011          FINNEGAN, HENDERSON, FARABOW,
                                        GARRETT & DUNNER, L.L.P.

                                          By:   /s/ Tina E. Hulse
                                                Tina E. Hulse (CA Bar No. 232936)
                                                tina.hulse@finnegan.com

- 1 -

STIPULATION AND [PROPOSED] ORDER RE:
CASE SCHEDULE
CASE NO. C 10-04017-JSW

|   |   |   |
|---|---|---|
| 1 |   | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
| 2 |   | 3300 Hillview Avenue<br>Palo Alto, California 94304-1203 |
| 3 |   | Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666 |

Barbara Clarke McCurdy (Admitted *Pro Hac Vice*)
barbara.mccurdy@finnegan.com
Naveen Modi (Admitted *Pro Hac Vice*)
naveen.modi@finnegan.com
Srikala P. Atluri (Admitted *Pro Hac Vice*)
srikala.atluri@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendant,
Rambus Inc.

Dated: June 10, 2011          By:    /s/ Edward A. Kmett
                                   Edward A. Kmett (SBN: 204374)
                                   FITZPATRICK, CELLA, HARPER & SCINTO
                                   650 Town Center Drive, Suite 1600
                                   Costa Mesa, CA 92626
                                   Telephone: (714) 540-8700
                                   Facsimile: (714) 540-9823

                                   Attorneys for Plaintiff,
                                   International Business Machines Corporation

**SUPPORTING DECLARATION OF ROBERT H. FISCHER**

I, ROBERT H. FISCHER, declare as follows:

1. I am a partner in Fitzpatrick, Cella, Harper & Scinto, counsel for Plaintiff International Business Machines Corporation. I submit this declaration in support of the parties' Stipulation Regarding Case Schedule. I make this declaration of my own personal knowledge and will competently testify thereto if called upon to do so.

2. On April 15, 2011, May 12, 2011 and June 1, 2011, the Court entered Stipulated Orders [Dkt. Nos. 44, 46 and 49], which set forth a briefing schedule for cross-motions for summary judgment. The June 1, 2011, Stipulated Order [Dkt 49] also set the hearing on cross-dispositive motions for October 21, 2011, or any later date, subject to the convenience of the Court's calendar.

3. The parties, both the respective corporate representatives and outside counsel, have been actively discussing resolution of this case, have reached a settlement in principle and have exchanged settlement paper drafts. There are a number of documents involved in the discussions, which have required additional time for full consideration. The parties are now working on resolving outstanding differences, and believe that continuing the case schedule for an additional four weeks will facilitate finalization of the settlement papers precedent to resolution of this action.

4. The Court has previously granted the Stipulated Orders to permit settlement discussions. Otherwise, the only time modification in this case was to change the Case Management Conference from December 3, 2010, to January 14, 2011, to coincide with the hearing on Rambus's motion to dismiss. *See* Dkt. 30.

5. The requested modification in the current case schedule will not affect any other pre-trial deadlines, as the pre-trial schedule has not yet been entered in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and this declaration was executed this 10th day of June, 2011.

/s/ Robert H. Fischer
Robert H. Fischer

**[PROPOSED]** ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED.

Dated: June 15, 2011

_____
The Honorable Jeffrey S. White
United States District Judge
Northern District of California